

# NUMBER 13-16-00455-CV

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE THE CITY OF CORPUS CHRISTI, TEXAS

## On Petition for Writ of Mandamus.

## ORDER

**Before Chief Justice Valdez and Justices Garza and Longoria**
**Per Curiam Order**

Relator, the City of Corpus Christi, Texas, filed a petition for writ of mandamus and motion for emergency stay in the above cause on August 17, 2016. Through this original proceeding, relator seeks to compel the trial court to vacate an August 4, 2016 order requiring relator to produce discovery to the real party in interest, Corina Saenz. Through its motion for emergency stay, relator seeks to stay the trial court's August 4, 2016 order pending resolution of this original proceeding.

The Court, having examined and fully considered the motion for emergency relief, is of the opinion that the motion should be granted. The motion for emergency relief is

GRANTED and the trial court's August 4, 2016 order is ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real party in interest, Saenz, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed this
18th day of August, 2016.